384 A.2d 999

Majors v. Johnson, Appellant.

Argued November 14, 1977.   Frank J. Piatek, for appellant; Dominick Motto, with him Richard J. Audino, for appellee.

Order affirmed.

384 A.2d 999

Marino et ux., Appellants, v. Elliott Company.

Argued November 22, 1977.   Dom A. Meffe and Gerald M. McClain, submitted a brief for appellants; Denis P. Zuzik, with him Waltz and Bergman, for appellee.

Order affirmed.